UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3:08cr51 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER |
| SHAWN ANDREW WARDLAW, | ) | |
| Defendant | ) | |

The Court *sua sponte* dismisses the Bond Violation Petition and Warrant for the arrrest of the Defendant (Doc. No. 25) as moot. Subsequent to the bond violation, the Defendant self-reported to the United States Bureau of Prisons and served his term of imprisonment.

IT IS SO ORDERED.

Signed: August 26, 2009

Frank D. Whitney
United States District Judge